# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2012

144387

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KADEEM DENNIS WHITE,
      Defendant-Appellant.

SC: 144387
COA: 303228
Jackson CC: 10-005949-FC

_____/

      On order of the Court, the application for leave to appeal the November 15, 2011 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2012

                                          Clerk

y0327